135 F.3d 765
 21 Employee Benefits Cas. 2293
 Lehigh Valley Hospital Center
v.
Tasia Rallis v. Transworld Music Corporation, Travelers
Insurance Company, d/b/a Travelers, Transworld Music Corp.
Association Benefit Plan, Travelers Plan Administrators of
Connecticut; Tasia Rallis v. Trans World Music Corporation
Associate Benefit Plan
 NO. 96-1436
 United States Court of Appeals,
Third Circuit.
 Dec 08, 1997
 
 1
 Appeal From: E.D.Pa. ,Nos.9503082, 9503511
 
 
 2
 Reversed.